TEXAS OIL & GAS CORP.

v.

Jeff HAGEN et al.

No. C–3768.

Supreme Court of Texas.

Dec. 14, 1988.

Pursuant to this Court's order of July 13, 1988, and the subsequent approval by the trial court of the settlement agreement of the parties, the judgment and opinion of this Court dated December 16, 1987, are withdrawn, the *judgment* of the Sixth Court of Appeals is *set aside* and the motion for rehearing and this cause are dismissed as moot.